# United States Court Of Appeals For The Federal Circuit

**Secure Axcess, LLC**

    Plaintiff/Appellant,

    v.

**Nintendo of America**,

    Defendant/Appellee.

Appeal No. 15-1971

**RESUBMISSION OF ENTRY OF APPEARANCE**

Please enter my appearance (select one):

☐ Pro Se      ☐ As counsel for: **Secure Axcess, LLC**

I am, or the party I represent is (select one):

☐ Petitioner     ☐ Respondent     ☐ Amicus curiae     ☐ Cross Appellant

☐ Appellant     ☐ Appellee     ☐ Intervenor

As *amicus curiae* or intervenor, this party supports (select one):

☐ Petitioner or appellant     ☐ Respondent or appellee

My address and telephone are:

Philip P. Mann
MANN LAW GROUP
1218 Third Avenue
Suite 1809
Seattle, Washington 98101
Phone: (206) 436-0900
Fax: (866) 341-5140
*phil@mannlawgroup.com*

Statement to be completed by counsel only (select one):

☐ I am the principal attorney for this party in this case and will accept all service for the party. I agree to inform all other counsel in this case of the matters served upon me.

☐ I am not the principal attorney for this party in this case.

Date admitted to Federal Circuit bar (counsel only): **May 17, 1984.**

This is my first appearance before the United States Court of Appeals for the Federal Circuit (counsel only):

☐ Yes    ☐ No

Dated: September 18, 2015     .     */s/ Philip P. Mann*
                                                     Philip P. Mann

*Radio Systems Corporation v. Tom Lalor*, Fed. Cir. Cause No. 15-1971

# **CERTIFICATE OF SERVICE**

I hereby certify that the foregoing Entry of Appearance is being served on the following opposing counsel on the date indicated below:

|  | |
|---|---|
|  | [ ]  By United State Mail<br>[ ]  By Legal Messenger<br>**[X]  By Electronic CM/ECF**<br>[ ]  By Overnight Express Mail<br>[ ]  By Facsimile<br>[ ]  By Email (by agreement of counsel) |

Date: September 18, 2015.          /s/ *Philip P. Mann*
                                              Philip P. Mann