NOTE:  This order is nonprecedential.

# United States Court of Appeals
# for the Federal Circuit

---

**SECURE AXCESS, LLC,**
*Plaintiff-Appellant*

**v.**

**NINTENDO OF AMERICA INC., NINTENDO CO., LTD.,**
*Defendants-Appellees*

---

2015-1971

---

Appeal from the United States District Court for the Western District of Washington in No. 2:14-cv-01013-RSM, Judge Ricardo S. Martinez.

---

**ON MOTION**

---

**O R D E R**

The appellees move unopposed to revise the case caption to include Nintendo Co., Ltd. as an appellee.

Nintendo Co., Ltd. already is listed in the official caption as a defendant-appellee.

Accordingly,

2                    SECURE AXCESS, LLC v. NINTENDO OF AMERICA INC.

IT IS ORDERED THAT:

The motion is denied as moot.

FOR THE COURT

/s/ Daniel E. O'Toole
Daniel E. O'Toole
Clerk of Court

s31